tion of section 2 of the Organic Act.  Ponce.  November 9, 1920.  *Reversed.*

---

No. 304.  CASTRILLÓN & CO., LTD., PETITIONERS, *v.* CAMPILLO, DISTRICT JUDGE, RESPONDENT.—Certiorari.  San Juan.  November 9, 1920.  *Denied.*

---

No. 2360.  FAJARDO SUGAR CO., APPELLEE, *v.* RODRÍGUEZ, APPELLANT.—Unlawful detainer.  Humacao.  November 11, 1920.  *Withdrawn.*

---

No. 2361.  RODRÍGUEZ, APPELLANT, *v.* FAJARDO SUGAR CO., APPELLEE. — Injunction.  Humacao.  November 11, 1920. *Withdrawn.*

---

No. 2326.  FERRER, APPELLANT, *v.* GUTIÉRREZ, APPELLEE.— Injunction.  Aguadilla.  November 12, 1920.  *Dismissed.*

---

No. 2313.  BORRERO, APPELLANT, *v.* WORKMEN'S RELIEF COMMISSION, APPELLEE. — Damages.  Ponce.  November 12, 1920.  *Dismissed.*

---

No. 2099.  PABÓN, APPELLEE, *v.* ALVARADO ET AL. (LÓPEZ, APPELLANT).—Nullity.  Mayagüez.  November 19, 1920.  *Reconsideration denied.*

---

No. 2120.  LARRÍNAGA, APPELLANT, *v.* PORTO RICO RAILWAY, LIGHT & POWER CO., APPELLEE.—Ejectment.  San Juan.  November 19, 1920.  *Reconsideration denied.*

---

No. 1588.  PEOPLE, APPELLANT, *v.* VICENS BROTHERS, AP-

pellees.—Violation of Minimum Wage Act. Ponce. November 19, 1920. *Withdrawn.*

No. 1608. People, Appellant, *v.* Rengel, Appellee. — Larceny. Ponce. November 19, 1920. *Withdrawn.*

No. 2347. Schluter, Appellee, *v.* Santiago Brothers, Appellants.—Debt. San Juan. November 23, 1920. *Dismissed.*

No. 2367. Freyre, Appellee, *v.* Sevillano, Appellant.— Debt. San Juan. November 23, 1920. *Dismissed.*

No. 2353. Ramos, Appellant, *v.* Lareño Garage, Appellee.—Damages. Aguadilla. November 23, 1920. *Dismissed.*

No. 2354. Quiñones, Appellant, *v.* Alcover, Appellee.— Filiation. Aguadilla. November 23, 1920. *Dismissed.*

No. 308. Martínez, Petitioner, *v.* Berga, District Judge, Respondent. — Certiorari. Aguadilla. November 23, 1920. *Denied.*

No. 2373. Fernández, Appellant, *v.* Carvajal, Appellee.—Divorce. San Juan. November 26, 1920. *Withdrawn.*

No. 2378. Ex parte Alméstica, Appellant.—Habeas corpus. San Juan. November 29, 1920. *Withdrawn.*